United States District Court
Southern District of Texas
**ENTERED**
September 10, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| SILO TECHNOLOGIES, INC, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:24-cv-00831 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| B&R EXPRESS LLC, and | § | |
| DANNY BAQUERO, | § | |
| Defendants. | § | |

## ORDER ADOPTING
## MEMORANDUM AND RECOMMENDATION

Default judgment has been previously entered against Defendants B&R Express LLC and Danny Baquero. Dkt 25. Plaintiff Silo Technologies, Inc, then filed an *ex parte* application for a writ of garnishment as against Garnishee Bank of America, NA. Dkt 39.

The matter was referred for disposition to Magistrate Judge Christina Bryan. Dkt 9. She entered a Memorandum and Recommendation recommending that the motion be denied without prejudice to Plaintiff filing a separate action to establish an independent basis for subject-matter jurisdiction. Dkt 40 at 3.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC §636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d

1415, 1430 (5th Cir 1996, *en banc*); see also FRCP 72(b) advisory committee note (1983).

No party filed objections. No clear error appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 40.

The *ex parte* application by Plaintiff Silo Technologies, Inc, for writ of garnishment is DENIED WITHOUT PREJUDICE to Plaintiff refiling as a separate action with an independent basis for subject-matter jurisdiction.

SO ORDERED.

Signed on September 10, 2025, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge